# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE NORMAN F/N/A NICOLE GREAR,<br><br>Plaintiff,<br><br>vs.<br><br>CONN APPLIANCES, INC. D/B/A CONN'S, a Texas Corporation,<br><br>Defendant. | Case No.: CV15-02240-PHX DGC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Nicole Norman f/n/a Nicole Grear and Defendant Conn Appliances, Inc. d/b/a Conn's (the "Parties") having filed a Stipulation of Dismissal with Prejudice. Doc. 22.

**IT IS ORDERED** that the parties' stipulation (Doc. 22) is **granted.** Plaintiff's Complaint against Defendant is dismissed **without** prejudice without costs, or disbursements, or attorneys' fees to any party.

Dated this 19th day of April, 2016.

_____
David G. Campbell
United States District Judge